

FILED
DISTRICT COURT OF GUAM
AUG 11 2005
MARY L.M. MORAN
CLERK OF COURT

**UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF GUAM**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL Case No. 00-00049-001 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **REQUEST TO TRAVEL** |
| ) | |
| MI KYUNG BYUN aka ) | |
| MI KYUNG MECHANIC ) | |
| ) | |
| Defendant. ) | |
| _____) | |

On January 22, 2004, Mi Kyung Byun was sentenced by the Honorable John S. Unpingco for Alien Smuggling and Importation of Aliens for Immoral Purpose, in violation of 8 U.S.C. §§ 1324(a)(1)(A)(iv) and 1328. She was sentenced to 15 months imprisonment and three years supervised release. Ms. Byun's term of supervised release commenced on April 8, 2005.

Ms. Byun is requesting the Court's permission to travel to Korea for medical purposes. She is being referred by her local physician, Dr. Geoffrey P. Galgo to a GI specialist in Korea. Her chief compliant is intermittent nausea, which she has had for the past year. Dr. Galgo has assessed Ms. Byun to have Gastritis, depression and anxiety. Ms. Byun is tentatively scheduled to depart Guam on September 2, 2005 and return on September 20, 2005.

Ms. Byun has been compliant with her conditions of her supervised release. This Officer supports her travel request as it is for medical purposes and seeks Court approval.

CARMEN D. O'MALLAN
U. S. Probation Officer Specialist