

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MI KYUNG BYUN aka ) <br> MI KYUNG MECHANIC ) <br> ) <br> Defendant. ) <br> _____) | CRIMINAL Case No. 00-00049-001 <br><br> **ORDER** |

___CBM___ APPROVED          _____ DISAPPROVED

IT IS SO ORDERED this  12  day of August 2005, that Mi Kyung Byun be authorized to travel to Korea, from September 2, 2005 to September 20, 2005.

8/12/05
Date

HONORABLE CONSUELO B. MARSHALL
Designated Judge

RECEIVED
AUG 1 1 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

ORIGINAL