(ryu)

HOWARD TRAPP INCORPORATED
200 Saylor Building
139 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone (671) 477-7000

Attorney for Defendant



**FILED**
DISTRICT COURT OF GUAM

MAR 3 0 2007

MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

----

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 00-00049 |
|---|---|---|
| Plaintiff, | ) | MOTION |
| vs. | ) | |
| MI KYUNG BYUN, also known as Mi Kyung Mechanic, | ) | |
| Defendant. | ) | |

----

Defendant respectfully moves the Court for an order vacating and setting aside the determination of United States Probation Officer Carmen B. O'Mallan that Defendant is a sex offender on the ground that Defendant has never been convicted of a sex offense.

Dated at Hagåtña, Guam, this 29th day of March, 2007.

/s/ HOWARD TRAPP
For HOWARD TRAPP INCORPORATED
Attorney for Defendant

(Motion.MKByun)

## DECLARATION OF SERVICE

I, Reina Y. Urbien, declare that I am an administrative assistant employed in the office of Howard Trapp Incorporated, Howard Trapp, Esq., the attorney for Defendant herein, and that on March 30, 2007, I served the document to which this declaration is annexed on Karon V. Johnson, Esq., Assistant United States Attorney, the attorney for Plaintiff herein, by leaving a copy at her office at Office of the United States Attorney for Guam and the Northern Mariana Islands, Suite 500, Sirena Plaza, 108 Hernan Cortez Avenue, Hagåtña, Guam, her last known address, with a person in charge thereof.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 30, 2007, at Hagåtña, Guam.

REINA Y. URBIEN

## DECLARATION OF SERVICE

I, Reina Y. Urbien, declare that I am an administrative assistant employed in the office of Howard Trapp Incorporated, Howard Trapp, Esq., the attorney for Defendant herein, and that on March 30, 2007, I served the document to which this declaration is annexed on Frank Michael Cruz, United States Chief Probation Officer, by leaving a copy at United States Probation Office, 2nd Floor, U.S. Courthouse, 520 West Soledad Avenue, Hagåtña, Guam, his last known address, with a person in charge thereof.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 30, 2007, at Hagåtña, Guam.

REINA Y. URBIEN