(ryu)

HOWARD TRAPP INCORPORATED
200 Saylor Building
139 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone (671) 477-7000

Attorney for Defendant



**FILED**
DISTRICT COURT OF GUAM

MAR 3 0 2007

MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

------------

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 00-00049 |
| Plaintiff, | ) | MEMORANDUM |
| vs. | ) | |
| MI KYUNG BYUN, also known as Mi Kyung Mechanic, | ) | |
| Defendant. | ) | |

------------

"The term 'sex offender' means an individual who was convicted of a sex offense." (42 U.S.C. §16911(1).) 42 U.S.C. § 16911(5)(A) provides:

> [T]he term "sex offense" means—
>
> (i) a criminal offense that has an element involving a sexual act or sexual contact with another;
>
> (ii) a criminal offense that is a specified offense against a minor;
>
> (iii) a Federal offense (including an offense prosecuted under section 1152 or 1153 of Title 18) under section 1591, or chapter 109A, 110 (other than section 2257, 2257A, or 2258), or 117, of Title 18;
>
> (iv) a military offense specified by the Secretary of Defense under section 115(a)(8)(C)(i) of Public Law 105-119 (10

(MEMORANDUM)
Criminal Case No. 00-00049

U.S.C. 951 note); or

(v) an attempt or conspiracy to commit an offense described in clauses (i) through (iv).

And Defendant has never been convicted of a criminal offense that has an element involving a sexual act or sexual contact with another; a criminal offense that is a specified offense against a minor; a Federal offense (including an offense prosecuted under section 1152 or 1153 of Title 18) under section 1591, or chapter 109A, 110 (other than section 2257, 2257A, or 2258), or 117, of Title 18; a military offense specified by the Secretary of Defense under section 115(a)(8)(C)(i) of Public Law 105-119 (10 U.S.C. 951 note); or an attempt or conspiracy to commit an offense described in clauses (i) through (iv).

Dated, Hagåtña, Guam,

March 29, 2007.

Respectfully submitted,

/s/ HOWARD TRAPP
HOWARD TRAPP
For HOWARD TRAPP INCORPORATED
Attorney for Defendant

(Memo.MKByun)

2

## DECLARATION OF SERVICE

I, Reina Y. Urbien, declare that I am an administrative assistant employed in the office of Howard Trapp Incorporated, Howard Trapp, Esq., the attorney for Defendant herein, and that on March 30, 2007, I served the document to which this declaration is annexed on Karon V. Johnson, Esq., Assistant United States Attorney, the attorney for Plaintiff herein, by leaving a copy at her office at Office of the United States Attorney for Guam and the Northern Mariana Islands, Suite 500, Sirena Plaza, 108 Hernan Cortez Avenue, Hagåtña, Guam, her last known address, with a person in charge thereof.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 30, 2007, at Hagåtña, Guam.

                                                                    _____
                                                                    REINA Y. URBIEN

## DECLARATION OF SERVICE

I, Reina Y. Urbien, declare that I am an administrative assistant employed in the office of Howard Trapp Incorporated, Howard Trapp, Esq., the attorney for Defendant herein, and that on March 30, 2007, I served the document to which this declaration is annexed on Frank Michael Cruz, United States Chief Probation Officer, by leaving a copy at United States Probation Office, 2nd Floor, U.S. Courthouse, 520 West Soledad Avenue, Hagåtña, Guam, his last known address, with a person in charge thereof.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 30, 2007, at Hagåtña, Guam.

REINA Y. URBIEN