(ryu)

HOWARD TRAPP INCORPORATED
200 Saylor Building
139 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone (671) 477-7000

Attorney for Defendant



FILED
DISTRICT COURT OF GUAM

MAR 30 2007

MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

------------

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 00-00049 |
| Plaintiff, | ) | DECLARATION |
| vs. | ) | |
| MI KYUNG BYUN, also known as Mi Kyung Mechanic, | ) | |
| Defendant. | ) | |

------------

I, Howard Trapp, declare that I am the attorney for Defendant; that I am informed and believe that on March 21, 2007, United States Probation Officer Carmen B. O'Mallan made a determination that Defendant is a Tier II sex offender and must report in person every six months to each jurisdiction in which registered, allow the jurisdiction to take a current photograph and verify information in the registry, and remain registered for 25 years; and that a true copy of the determination is hereto annexed.

I declare under penatly of perjury that the foregoing is

--------------------

**ORIGINAL**

(DECLARATION)
Criminal Case No. 00-00049

true and correct.

    Executed on March 29, 2007, at Hagåtña, Guam.

          _____
          HOWARD TRAPP
          For HOWARD TRAPP INCORPORATED
(Declaration.MKByun)   Attorney for Defendant

2

PROB 2
(Rev. 10/06)

# UNITED STATES PROBATION SYSTEM
## OFFENDER NOTICE AND ACKNOWLEDGMENT OF DUTY TO REGISTER AS A SEX OFFENDER

**Part I (To be completed by the probation officer and read by the sex offender):**

1. The offender, _____Mi Kyung Byun_____, shall register, and keep the registration current, in each jurisdiction where the offender resides, where the offender is an employee, and where the offender is a student. For initial registration purposes only, the sex offender shall also register in the jurisdiction in which convicted, if such jurisdiction is different from the jurisdiction of residence (42 U.S.C. § 16913(a)).

2. The sex offender shall initially register: (1) before completing a sentence of imprisonment with respect to the offense giving rise to the registration requirement or (2) not later than 3 business days after being sentenced for that offense, if the offender is not sentenced to a term of imprisonment (42 U.S.C. § 16913(b)).

3. The sex offender shall, not later than 3 business days after each change in name, residence, employment, or student status, appear in person in at least one jurisdiction in which the offender is registered and inform that jurisdiction of all changes in the information required. (42 U.S.C. § 16913c)).

4. It is determined that the offender is a (probation officer selects one):

   ☐ Tier I sex offender and must:
   - report in person annually to each jurisdiction in which registered and allow the jurisdiction to take a current photograph and verify information in the registry, and
   - remain registered for 15 years, unless reduced for a clean record.

   ☒ Tier II sex offender and must:
   - report in person every six months to each jurisdiction in which registered and allow the jurisdiction to take a current photograph and verify information in the registry, and
   - remain registered for 25 years.

   ☐ Tier III sex offender and must:
   - report in person every three months to each jurisdiction in which registered and allow the jurisdiction to take a current photograph and verify information in the registry, and
   - remain registered for life, unless reduced for a clean record.

5. I am advised that at this time, the **Territory of Guam** is unable to accept my registration pursuant to the Sex Offender Registration and Notification Act of 2006. I understand that it is my responsibility to maintain contact with the state registration authorities and my probation officer to determine when such registration can be accepted. I understand my duty to register may continue after the expiration of my federal supervision. I understand that any existing duty to register under state law is not suspended and will remain in effect until the state implements the Sex Offender Registration and Notification Act of 2006. I further understand that if my federal supervision is transferred to another district, my duty to register as required by the Sex Offender Registration and Notification Act of 2006 shall be governed by that district's policy and the laws of that state.

**Part II (To be completed by the offender):**

I, the undersigned, acknowledge that I have been informed by the probation officer of my duty to register as a sex offender. I understand the registration requirements and that my failure to comply with these requirements may result in revocation of my term of supervision and the commencement of new criminal charges per 18 U.S.C. § 2250 or any applicable state laws.

_____
(Signature of Parent or Guardian if Client is a Minor)

X _*[signature]*_
(Signature of Client)

_____
(Date Signed)

Y 3/21/07
(Date Signed)

**Part III (To be completed by the probation officer)**

Carmen D. O'Mallan
(Name of Probation Officer or Witness)

_*[signature]* D. O'Mal_
(Signature of Probation Officer or Witness)

3/21/07
(Date Signed)

# DECLARATION OF SERVICE

I, Reina Y. Urbien, declare that I am an administrative assistant employed in the office of Howard Trapp Incorporated, Howard Trapp, Esq., the attorney for Defendant herein, and that on March 30, 2007, I served the document to which this declaration is annexed on Karon V. Johnson, Esq., Assistant United States Attorney, the attorney for Plaintiff herein, by leaving a copy at her office at Office of the United States Attorney for Guam and the Northern Mariana Islands, Suite 500, Sirena Plaza, 108 Hernan Cortez Avenue, Hagåtña, Guam, her last known address, with a person in charge thereof.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 30, 2007, at Hagåtña, Guam.

REINA Y. URBIEN

## DECLARATION OF SERVICE

I, Reina Y. Urbien, declare that I am an administrative assistant employed in the office of Howard Trapp Incorporated, Howard Trapp, Esq., the attorney for Defendant herein, and that on March 30, 2007, I served the document to which this declaration is annexed on Frank Michael Cruz, United States Chief Probation Officer, by leaving a copy at United States Probation Office, 2nd Floor, U.S. Courthouse, 520 West Soledad Avenue, Hagåtña, Guam, his last known address, with a person in charge thereof.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 30, 2007, at Hagåtña, Guam.

REINA Y. URBIEN