(ryu)

HOWARD TRAPP INCORPORATED
200 Saylor Building
139 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone (671) 477-7000

Attorney for Defendant

DISTRICT COURT OF GUAM

------------

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ( | Criminal Case No. 00-00049 |
| | ) | |
| Plaintiff, | ( | ORDER |
| | ) | |
| vs. | ( | |
| | ) | |
| MI KYUNG BYUN, also known as | ( | |
| Mi Kyung Mechanic, | ) | |
| | ( | |
| Defendant. | ) | |

------------

The Defendant has moved the court for an order vacating and setting aside the determination of United States Probation Officer Carmen B. O'Mallan that Defendant is a sex offender. After having reviewed the matter, the court believes the terms of supervised release may need to be modified, however, before making its determination,

IT IS ORDERED:

That the Probation Office serve and file a response to Defendant's memorandum on or before April 10, 2007;

That the Government serve and file a response to Defendant's memorandum on or before April 13, 2007;

That Defendant may serve and file a reply to the Government's response on or before April 18, 2007; and

(ORDER)
Criminal Case No. 00-00049

That this matter be scheduled for a hearing on May 1, 2007 at 9:30 a.m.

SO ORDERED.



/s/ Frances M. Tydingco-Gatewood
    Chief Judge
**Dated: Apr 03, 2007**