**UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF GUAM**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 00-00049-001 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **MEMORANDUM** |
| vs. | ) | |
| | ) | |
| MI KYUNG BYUN, aka | ) | |
| MI KYUNG MECHANIC, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**Re: Probation Office Response to Defendant's Memorandum that Defendant is a Tier II Sex Offender**

On January 22, 2004, Mi Kyung Byun was sentenced in the District Court of Guam by the Honorable John S. Unpingco for the following offenses: Count II - Alien Smuggling in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iv); Count III - Importation of Aliens for Immoral Purpose, in violation of Title 8, United States Code, Section 1328; and Count IV - Alien Smuggling, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iv). She was sentenced to 15 months imprisonment for each of Counts II, III, and IV, to be served concurrently and three years supervised release for each count to be served concurrently. Ms. Byun's term of supervised release commenced on April 8, 2005.

On March 21, 2007, Ms. Byun was presented the *United States Probation System Offender Notice and Acknowledgment of Duty to Register as a Sex Offender* (Prob 2). This form was developed by the Office of Probation and Pretrial Services, with the assistance of the Office of the General Counsel, to assist Probation Officers in carrying out their duty as directed by Section 117(a)(2) of the Adam Walsh Child Protection and Safety Act of 2006. Prob 2 provides notice to offenders of their duty to register, and to have the offender sign a written acknowledgment stating the duty to register had been explained and that they understood the requirements.

MEMORANDUM
Probation Office Response to Defendant's Memorandum that Defendant is a Tier II Sex Offender
Re: BYUN, Mi Kyung
USDC Cr. Cs. No. 00-00049-001
April 10, 2007
Page 2

      Ms. Byun was determined to be a Tier II sex offender as her offense was punishable by imprisonment for more than one year and involved transportation with intent to engage in a criminal sexual activity (as described in Title 18, United States Code, Section 2423(b)) and involves the solicitation of a minor to practice prostitution. Ms. Byun was informed prior to signing the document, that she could take the form home to review and seek legal advice if she chose. Ms. Byun chose to sign Prob 2 that same date and agreed to proceed to the Superior Court of Guam to register with the Sex Offender Registry Office, which she did.

      Executed this 10th day of April 2007, at Hagatna, Guam, in conformance with the provisions of 28 U.S.C. § 1746.

      Respectfully submitted,

      FRANK MICHAEL CRUZ
      Chief U.S. Probation Officer

By:  /s/ CARMEN D. O'MALLAN
      U.S. Probation Officer Specialist

Reviewed by:

 /s/ ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
  Supervision Unit Leader

cc:   Karon V. Johnson, AUSA
      Howard Trapp, Defense Counsel
      File