(ryu)

HOWARD TRAPP INCORPORATED
200 Saylor Building
139 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone (671) 477-7000

Attorney for Defendant


FILED
DISTRICT COURT OF GUAM
APR 18 2007
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

------------

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ( | Criminal Case No. 00-00049 |
| | ) | |
| Plaintiff, | ( | DEFENDANT'S REPLY TO |
| | ) | PROBATION OFFICE'S AND |
| vs. | ( | GOVERNMENT'S RESPONSES TO |
| | ) | DEFENDANT'S MEMORANDUM |
| MI KYUNG BYUN, also known as | ( | |
| Mi Kyung Mechanic, | ) | |
| | ( | |
| Defendant. | ) | |

------------

I

The Probation Office says that Defendant "chose to sign Prob 2 that same date and agreed to proceed to the Superior Court of Guam to register with the Sex Offender Registry Office, which she did." (Probation Off.'s Resp. to Def.'s Mem. 2 (filed Apr. 10, 2007).)

**ORIGINAL**

(DEFENDANT'S REPLY TO PROBATION OFFICE'S AND GOVERNMENT'S RESPONSES TO DEFENDANT'S MEMORANDUM)
Criminal Case No. 00-00049

The document which Defendant signed also said that "I understand . . . that my failure to comply with these requirements may result in revocation of my term of supervision . . . ." (Decl. 4 (filed Mar. 30, 2007),)

"Before modifying the conditions of . . . supervised release, the court must hold a hearing, at which the person has the right to counsel and an opportunity to make a statement and present any information in mitigation." (Fed. R. Crim. P. 32.1(c)(1).)

## II

The Probation Office says that Defendant "was determined to be a Tier II sex offender . . . ." (Probation Off.'s Resp. to Def.'s Mem. 2 (filed Apr. 10, 2007).)

The government argues, "The Probation Officer is correct to consider [Defendant] a tier II sex offender." (Govt.'s Resp. to Def.'s Mem. 2 (filed Apr. 6, 2007).)

An individual cannot be a *tier II* sex offender unless she is a *sex offender*.

2

(DEFENDANT'S REPLY TO PROBATION OFFICE'S AND
GOVERNMENT'S RESPONSES TO DEFENDANT'S MEMORANDUM)
Criminal Case No. 00-00049

"The term 'tier II sex offender' means a sex offender other than a tier III sex offender whose offense is punishable by imprisonment for more than 1 year," etc. (42 U.S.C. § 16911(3).)

"The term 'tier I sex offender' means a sex offender other than a tier II or tier III sex offender." (42 U.S.C. § 16911(2).)

"The term 'sex offender' means an individual who was convicted of a sex offense." (42 U.S.C. §16911(1).)

42 U.S.C. § 16911(5)(A) provides:

[T]he term "sex offense" means—

> (i) a criminal offense that has an element involving a sexual act or sexual contact with another;
>
> (ii) a criminal offense that is a specified offense against a minor;
>
> (iii) a Federal offense (including an offense prosecuted under section 1152 or 1153 of Title 18) under section 1591, or chapter 109A, 110 (other than section 2257, 2257A, or 2258), or 117, of Title 18;
>
> (iv) a military offense specified by the

3

> Secretary of Defense under section 115(a)(8)(C)(i) of Public Law 105-119 (10 U.S.C. 951 note); or
>
> (v) an attempt or conspiracy to commit an offense described in clauses (i) through (iv).

The term "sex offense" does not mean anything else.

Defendant has never been convicted of a criminal offense that has an element involving a sexual act or sexual contact with another; a criminal offense that is a specified offense against a minor; a Federal offense (including an offense prosecuted under section 1152 or 1153 of Title 18) under section 1591, or chapter 109A, 110 (other than section 2257, 2257A, or 2258), or 117, of Title 18; a military offense specified by the Secretary of Defense under section 115(a)(8)(C)(i) of Public Law 105-119 (10 U.S.C. 951 note); or an attempt or conspiracy to commit an offense described in clauses (i) through (iv) of 42 U.S.C. § 16911(5)(A).

### III

The Government argues, "Surely, prostitution involves a sexual act." (Govt.'s Resp. to Def.'s Mem. 2 (filed Apr. 6, 2007).)

That prostitution involves a sexual act is beside the point.

4

(DEFENDANT'S REPLY TO PROBATION OFFICE'S AND
GOVERNMENT'S RESPONSES TO DEFENDANT'S MEMORANDUM)
Criminal Case No. 00-00049

"'Sex offense' means . . . a criminal offense that has an element involving a sexual act . . . with another[.]" (42 U.S.C. § 16911(5)(A)(i).)

The criminal offense of which Defendant was convicted has no element involving a sexual act with another.

Defendant was convicted of importing aliens into the United States for the purpose of prostitution in violation of 8 U.S.C. § 1328. (*Compare* Judgment 1 (filed Feb. 3, 2004) *with* Indictment 2 (filed Apr. 19, 2000).)

Importing an alien into the United States for the purpose of prostitution has two elements. (8 U.S.C. § 1328.) The first element is that Defendant imported an alien into the United States. (*Id.*) The second element is that Defendant acted for the purpose of prostitution. (*Id.*)

Whether an alien performed a sexual act with another was immaterial to Defendant's criminal culpability. (*Cf. United States v. Rashkovski*, 301 F.3d 1133, 1137 (9th Cir. 2002)("Whether Toulousheva and Tsimbal themselves intended to engage in prostitution is . . . immaterial to Rashkovski's criminal culpability")(construing "to engage in prostitution" in 18 U.S.C. § 2422(a)); *cert.*

5

(DEFENDANT'S REPLY TO PROBATION OFFICE'S AND
GOVERNMENT'S RESPONSES TO DEFENDANT'S MEMORANDUM)
Criminal Case No. 00-00049

*denied*, 537 U.S. 1179 (2002).)

## CONCLUSION

Defendant's motion for an order vacating and setting aside the determination of United States Probation Officer Carmen B. O'Mallan that Defendant is a sex offender should be granted.

Dated, Hagåtña, Guam,

April 18, 2007.

Respectfully submitted,

_____
HOWARD TRAPP
For HOWARD TRAPP INCORPORATED
Attorney for Defendant

(Reply.MKByun)

## DECLARATION OF SERVICE

I, Reina Y. Urbien, declare that I am an administrative assistant employed in the office of Howard Trapp Incorporated, Howard Trapp, Esq., the attorney for Defendant herein, and that on April 18, 2007, I served the document to which this declaration is annexed on Karon V. Johnson, Esq., Assistant United States Attorney, the attorney for Plaintiff herein, by leaving a copy at her office at Office of the United States Attorney for Guam and the Northern Mariana Islands, Suite 500, Sirena Plaza, 108 Hernan Cortez Avenue, Hagåtña, Guam, her last known address, with a person in charge thereof.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 18, 2007, at Hagåtña, Guam.

REINA Y. URBIEN

# DECLARATION OF SERVICE

I, Reina Y. Urbien, declare that I am an administrative assistant employed in the office of Howard Trapp Incorporated, Howard Trapp, Esq., the attorney for Defendant herein, and that on April 18, 2007, I served the document to which this declaration is annexed on Frank Michael Cruz, United States Chief Probation Officer, by leaving a copy at United States Probation Office, 2nd Floor, U.S. Courthouse, 520 West Soledad Avenue, Hagåtña, Guam, his last known address, with a person in charge thereof.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 18, 2007, at Hagåtña, Guam.

REINA Y. URBIEN