# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# GENERAL

CASE NO.: CR-00-00049-001  DATE: May 01, 2007

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Kim R. Walmsley  Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez  Electronically Recorded: 1:32:18 - 1:55:15
CSO: J. Lizama

**APPEARANCES:**

Defendant: Mi Kyung Byun aka Mi Kyung Mechanic  Attorney: Howard Trapp
DEFENDANT NOT PRESENT  ☒ Present ☒ Retained ☐ FPD ☐ CJA
☐ Present ☐ Custody ☐ Bond ☐ P.R.
U.S. Attorney: Karon Johnson  U.S. Agent:
U.S. Probation: Carmen O'Mallan  U.S. Marshal: V. Roman
Interpreter:  Language:

**PROCEEDINGS: Motion to Set Aside Probation Officer's Determination**
- Motion argued by Mr. Trapp.
- Motion <u>under advisement</u>.

NOTES: