(ryu)

HOWARD TRAPP INCORPORATED
200 Saylor Building
139 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone (671) 477-7000

FILED
DISTRICT COURT OF GUAM

MAY 1 1 2007

MARY L.M. MORAN
CLERK OF COURT

Attorney for Defendant

## DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ( | Criminal Case No. 00-00049 |
| | ) | |
| Plaintiff, | ( | NOTICE OF APPEAL |
| | ) | |
| vs. | ( | |
| | ) | |
| MI KYUNG BYUN, also known as Mi Kyung Mechanic, | ( | |
| | ) | |
| | ( | |
| Defendant. | ) | |

Notice is hereby given that Mi Kyung Byun, Defendant in the above named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the order that "Defendant's conditions of supervised release are hereby modified to include that the Defendant register under the Walsh Act as directed by

(NOTICE OF APPEAL)
Criminal Case No. 00-00049

the U.S. Probation Office" entered in this action on the 3rd day of May, 2007.

    Dated, Hagåtña, Guam,

        May 11, 2007.

                              HOWARD TRAPP
                              For HOWARD TRAPP INCORPORATED

(NtcAppeal.MKByun)                  Attorney for Defendant