(ryu)

HOWARD TRAPP INCORPORATED
200 Saylor Building
139 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone (671) 477-7000

Attorney for Defendant



FILED
DISTRICT COURT OF GUAM

MAY 1 1 2007

MARY L.M. MORAN
CLERK OF COURT

## DISTRICT COURT OF GUAM

-----------

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ( | Criminal Case No. 00-00049 |
| | ) | |
| Plaintiff, | ( | STIPULATION |
| | ) | (9th Cir. R. 10-3.2(b)) |
| vs. | ( | |
| | ) | |
| MI KYUNG BYUN, also known as | ( | |
| Mi Kyung Mechanic, | ) | |
| | ( | |
| Defendant. | ) | |

-----------

It is stipulated that the transcript which Defendant shall order in connection with her appeal from the order that "Defendant's conditions of supervised release are hereby modified to include that the Defendant register under the Walsh Act as directed by the U.S. Probation Office" entered in this action on 3 May 2007 is that of the hearing on Defendant's motion to vacate and set aside the

(STIPULATION (9th Cir. R. 10-3.2(b)))
Criminal Case No. 00-00049

determination of United States Probation Officer Carmen B. O'Mallan that Defendant is a sex offender held on 1 May 2007.

Dated at Hagåtña, Guam, this 11th day of May, 2007.

_____
KARON V. JOHNSON
ASSISTANT U.S. ATTORNEY
Attorney for Plaintiff

_____
HOWARD TRAPP
For HOWARD TRAPP INCORPORATED
Attorney for Defendant

(Stip.9thCir.MKByun)