UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
NOTICE OF APPEAL NOTIFICATION FORM

Please Fill Out Completely

**CASE INFORMATION:**
Short Case Title: **United States of America vs Mi Kyung Byun aka Mi Kyung Mechanic**
Court of Appeals No. (leave blank if a unassigned) _____
U.S. District Court, Division & Judge Name **District Court of Guam**
**Honorable Frances M. Tydingco-Gatewood**            **07-10254**
Criminal and/or Civil Case No. **CR-00-00049**
Complaint/Indictment/Petition Filed: **Indictment filed 04/19/2000**
Date Appealed order/judgment *entered* **Order filed on 05/03/2007 - EOD 05/03/2007**
Date NOA *filed*: **May 11, 2007**
Date(s) of Indictment_____ Mandate_____ Sentencing_____

COA Status (check one):   ☐ granted in full (attach order)   ☐ denied in full (send record)
                          ☐ granted in part (attach order)   ☐ pending

Court Reporter(s) Name & Phone Number_____

*Magistrate Judge's Order? If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid: **Paid**                 Date Docket Fee Billed:_____
Date FP granted _____                        Date FP denied:_____
Is FP pending? ☐ yes  X no                     Was FP limited ☐? Revoked ☐?
US Government Appeal? ☐ yes  x no
Companion Cases? Please list:_____

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION** (please include email address)                    **RECEIVED**
Appellate Counsel:              Appellee Counsel:
Howard Trapp                    Karon V. Johnson                          MAY 29 2007
200 Saylor Building             Assistant U.S. Attorney
139 Chalan Santo Papa           Suite 500, Sirena Plaza                   DISTRICT COURT OF GUAM
Hagatna, Guam 96910             108 Hernan Cortez Avenue                  HAGATNA, GUAM
Adelanto, CA 92301              Hagatna, Guam 96910

X retained  ☐ CJA  ☐ FPD  ☐ Pro Se  ☐ Other       *Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID_____                  Address:
Custody_____
Bail_____

**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid_____              9th Circuit Docket Number **07-10254**

Name & Phone Number of Person Completing this Form: **Walter M. Tenorio -671-473-9147**
                                                    Walter_tenorio@gud.uscourts.gov