**FILED**

AUG 06 2007

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>MI KYUNG BYUN, aka Mi Kyung Mechanic,<br><br>Defendant - Appellant. | No. 07-10254<br><br>D.C. No. CR-00-00049-JSU<br>District of Guam,<br>Agana<br><br>ORDER |

**FILED**
DISTRICT COURT OF GUAM

AUG 10 2007

JEANNE G. QUINATA
Clerk of Court

The parties' agreement to submit this case on the briefs is referred to the merits panel for resolution.

For the Court:

CATHY A. CATTERSON
Clerk of the Court

Lorela Bragado-Sevillena
Deputy Clerk
   Ninth Circuit Rule 27-7/Advisory Note
   to Rule 27 and Ninth Circuit Rule 27-10

pro 7.30