

United States Court of Appeals for the Ninth Circuit
Records Department
95 Seventh Street
San Francisco, California 94103

# MEMORANDUM

Date: September 7, 2007

TO: Clerk's Office
USDC Guam

FROM: ~~Steve Seferian, Records Unit~~ Supervisor

SUBJECT: Request for Record on Appeal

**FILED**
DISTRICT COURT OF GUAM

SEP 10 2007

JEANNE G. QUINATA
Clerk of Court

Pursuant to the request of a Judge/Staff Attorney of this court, please transmit the Record on Appeal in the following case.

Please enclose a copy of this letter with the requested record. Please include all clerks files, reporters transcripts, sealed documents and state lodged documents. Please advise the Records Unit by email at CA09 Records/CA09/09/USCOURTS if this record is only available electronically. IF THE RECORD IS ONLY AVAILABLE ELECTRONICALLY, PLEASE SEND ALL DOCUMENTS THAT ARE NOT AVAILABLE ONLINE (SEALED DOCUMENTS, EXHIBITS, ADMINISTRATIVE RECORDS, ETC.)

| Case Number | Title | District Court Number |
|---|---|---|
| 07-10254 | USA v. Byun | CR-00-00049-JSU |

**Please send record directly to:**

United States Court of Appeals for the Ninth Circuit
Records Department
95 Seventh Street
San Francisco, California 94103