**DISTRICT COURT OF GUAM**

**TERRITORY OF GUAM**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Appellee, ) | C.A. #07-10254 |
| ) | D.C. #CR-00-00049-FTG |
| - vs - ) | |
| ) | |
| MI KYUNG BYUN aka ) | CLERK'S CERTIFICATE |
| MI KYUNG MECHANIC, ) | OF TRANSMITTAL |
| ) | |
| Appellant. ) | |

**UNITED STATES OF AMERICA**
**DISTRICT COURT OF GUAM**

I, Jeanne G. Quinata, Clerk of the District Court of Guam, for the Territory of Guam, do hereby certify that pursuant to Rule 11 of the Federal Rules of Appellate Procedure Section (a) and (b) for the United States Court of Appeals, I am transmitting herein to the United States Court of Appeals for the Ninth Circuit said documents consecutively numbered according the filing date as shown in the Docket Sheet, attached hereto.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the official seal of the said District Court of Guam, this 13th day of September, 2007.

JEANNE G. QUINATA
CLERK, DISTRICT COURT OF GUAM

By: _____
Deputy Clerk

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Appellee, | ) | C.A. #07-10254 |
| | ) | D.C. #CR-00-00049-FTG |
| - vs - | ) | |
| | ) | |
| MI KYUNG BYUN aka | ) | |
| MI KYUNG MECHANIC, | ) | |
| | ) | |
| Appellant. | ) | |
| | ) | |

RECORD ON APPEAL

FROM THE TERRITORY OF GUAM

RECORD ON APPEAL
(TWO VOLUMES)
REPORTER'S TRANSCRIPT
(DOCS #43 and #73)

THE HONORABLE FRANCES M. TYDINGCO-GATEWOOD

<u>NAMES AND ADDRESSES OF ATTORNEYS OF RECORD</u>

Karon V. Johnson
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam  96910

Howard Trapp
Howard Trapp Incorporated
Suite 200, Saylor Building
139 Chalan Santo Papa
Hagatna, Guam 96910



# District Court of Guam

4TH FLOOR, U.S. COURTHOUSE
520 WEST SOLEDAD AVENUE
HAGÅTÑA, GUAM 96910
www.gud.uscourts.gov
Telephone: (671) 473-9100; Facsimile: (671) 473-9152

**JEANNE G. QUINATA**
Clerk of Court

September 13, 2007

Ms. Cathy Catterson
OFFICE OF THE CLERK
U.S. COURT OF APPEALS
 FOR THE NINTH CIRCUIT
95 Seventh Street
P.O. Box 193939
San Francisco, California 94119-3939

**Re: C.A. No. 07-10254 - Criminal Case No. 00-00049-JSU**
**U.S.A. -vs - Mi Kyung Byun aka Mi Kyung Mechanic**

**Attn: Records Department**

Dear Ms. Catterson:

In reference to the above-entitled matter, forwarded is the record transmittal form consisting of the following:

- Record on Appeal **(Two Volumes)**
- Reporter's Transcript **(Docs # 44 (#43 in GCMS Entry), #73)**
- Docket Sheet

Sincerely,

Marilyn B. Alcon
Deputy Clerk

Enclosures
**NOTE: Please return documents when finished. Please acknowledge receipt on attached letter.**