UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



**FILED**

SEP 14 2007

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, | No. 07-10254 |
| --- | --- |
| Plaintiff-Appellee, | D.C. Cr. No. 00-00049-FTG |
| v. | District of Agana, Guam |
| MI KYUNG BUN, | ORDER |
| Defendant-Appellant. | |

The joint request to submit the case on the briefs is DENIED. Oral argument will be held on Wednesday, September 26 at 4 p.m. Pacific Standard Time (Thursday, September 27 at 9 a.m. in Guam). Videoconference equipment will be available at the United States District Court at 520 West Soledad Avenue in Hagatna, Guam. The parties should inform the clerk's office whether they wish to appear via videoconference from Guam or in person in San Francisco.

FOR THE COURT:

CATHY A. CATTERSON
CLERK OF COURT

By: Jennifer Flowers
Deputy Clerk

**RECEIVED**
SEP 19 2007
DISTRICT COURT OF GUAM
HAGATNA, GUAM