UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 24 2008

MOLLY C. DWYER, CLERK OF COURT
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, | No. 07-10254 |
| --- | --- |
| Plaintiff - Appellee, | D.C. No. CR-00-00049-JSU |
|  | District of Guam, Agana |
| V. |  |
| MI KYUNG BYUN, aka Mi Kyung Mechanic, | **MANDATE** |
| Defendant - Appellant. |  |

The judgment of this Court, entered 7/1/08, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

Molly C. Dwyer
Clerk of Court

By: Gabriela Van Allen
Deputy Clerk